OLIVIA R. LINDNER, Appellant, *v.* HENRY G. LINDNER, Respondent.

Submitted October 22, 1942; decided December 3, 1942.

*David Michelsohn* and *John M. Detjen* for appellant.

*Alvin L. Weil* for respondent.

Appeal dismissed, with costs, on the ground that no appeal lies from the order of the Appellate Division and no judgment has been entered on that order.   No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS CONWAY and DESMOND, JJ.